DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

26 JANUARY 2017

| 419P16 | Willowmere Community Association, Inc., A North Carolina Non-Profit Corporation and Nottingham Owners Association, Inc., A North Carolina Non-Profit Corporation v. City of Charlotte, A North Carolina Body Politic and Corporate, and Charlotte-Mecklenburg Housing Partnership, Inc., A North Carolina Non-Profit Corporation | Plaintiffs' PDR Under N.C.G.S. § 7A-31 (COA15-977) | Allowed |
|---|---|---|---|
| 422P16 | State v. Drayton Lamar Thompson | 1. Def's Notice of Appeal Based Upon a Constitutional Question<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 (COA16-406)<br><br>3. State's Motion to Dismiss Appeal | 1. —<br><br>2. Denied<br><br>3. Allowed |
| 424P16-2 | Corey D. Greene v. Susan White | Petitioner's *Pro Se* Motion for PDR | Denied **12/09/2016** |
| 425P16 | State v. Ronald Michael Thomas | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP16-326) | Dismissed |